# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MINOR L. MCNEIL**                                                                      **PLAINTIFF**

v.                                    No. 4:22-cv-981-DPM

**SOCIAL SECURITY
ADMINISTRATION,
Commissioner**                                                                         **DEFENDANT**

## ORDER

McNeil paid the filing fee and initiated this *pro se* suit on 11 October 2022, suing Kilolo Kijakazi, the Commissioner of the Social Security Administration. *Doc. 1*. He alleges that the IRS "has levied against and seized monies due and payment to . . . [him] with the willing cooperation of the Defendant, Commissioner Kijakazi." *Doc. 2 at 3–4*. Because the responsibility to obtain service rests with McNeil, Fed. R. Civ. P. 4(c)(1), summons was issued and returned to him. *Doc. 1*. He filed a certificate of service on 14 November 2022, indicating he that he had served Commissioner Kijakazi. *Doc. 2*. When Commissioner Kijakazi did not respond to the complaint, McNeil moved for a default judgment under Fed. R. Civ. P. 55. Service, however, is not complete. McNeil has not served the correct parties under Fed. R. Civ. P. 4(i)(1), which requires service on the United States attorney for the district where the action is brought and the Attorney

General of the United States.

    McNeil's motions for default, *Doc. 3 & 4*, are denied. The Court directs the Clerk to reissue summonses and return them along with a copy of the complaint to McNeil for completion of service. The Court extends the time for service until 28 February 2023.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 January 2023