IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MINOR L. MCNEIL                                                                   PLAINTIFF

v.                              No. 4:22-cv-981-DPM

SOCIAL SECURITY
ADMINISTRATION,
Commissioner                                                                      DEFENDANT

## ORDER

Unopposed motion to substitute party, *Doc. 11*, granted. The Court directs the Clerk to substitute the United States as the sole defendant.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 April 2023