IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MINOR L. MCNEIL                                                PLAINTIFF

v.                      No. 4:22-cv-981-DPM

UNITED STATES OF AMERICA                 DEFENDANT

## JUDGMENT

McNeil's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 June 2023